UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FRANSISCA ARIAS, CHERIE LYN
COWELL, PATRICIA KOSTAK,
CRISTINA LINDNER, JOHANA PENA, and
RAVEN VENTURA,

        Plaintiffs,

v.

AMERICAN NEIGHBORHOOD
MORTGAGE ACCEPTANCE COMPANY
LLC, D/B/A ANNIEMAC HOME
MORTGAGE, FAMILY FIRST FUNDING,
LLC, GABRIEL GILLEN, an Individual,
NEUSA GILLEN, an Individual, and SCOTT
WEIKEL, an Individual,

        Defendants.

Case No.  3:23-CV-01226-RK-RLS

## CERTIFICATION IN SUPPORT OF CONNOR M. MANNION IN SUPPORT OF DEFENDANT AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY LLC'S MOTION FOR PRO HAC VICE ADMISSION OF ROBERT M. HORWITZ

CONNOR M. MANNION, ESQ., certifies as follows:

    1.    I am an attorney at law of the State of New Jersey and an associate at the law firm of Cole Schotz P.C., counsel for Defendant American Neighborhood Mortgage Acceptance Company LLC ("Defendant"), in this matter. I am fully familiar with the facts set forth herein and make this declaration in support of Defendant's application for the entry of an Order admitting Robert M. Horwitz, Esq. as pro hac vice counsel for Defendant pursuant to Local Civil Rule 101.1.

    2.    I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, and the State of New York.

3. The certification of Robert M. Horwitz, Esq., affirming his good standing as a member of the bar of the of the State of Michigan is being submitted contemporaneously with the Certification of Robert H. Horwitz. Robert M. Horwitz, Esq. is also a member in good standing of the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan, the United States District Court for the Northern District of Illinois, the United States District Court for the District of Colorado, the United States District Court for the Eastern District of Wisconsin, the Sixth Circuit Court of Appeals, and the Seventh Circuit Court of Appeals.

4. I acknowledge in accordance with Local Rule 101.1(c)(2) that Robert M. Horwitz, Esq., will be responsible to make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) upon admission to this Court for each year he represents Defendant in this lawsuit.

5. I acknowledge that in accordance with L. Civ. R. 101.1(c)(3) that Robert M. Horwitz, Esq., will be responsible to make payment of $150.00 to the Clerk of the United States District Court for the District of New Jersey upon admission to this Court.

6. I acknowledge that in accordance with L. Civ. R. 101.1(c)(4) that Cole Schotz P.C. will continue to act as counsel of record for Defendant. All notices from this Court will be served on Cole Schotz P.C. and we will promptly notify Robert M. Horwitz, Esq., of their receipt. As counsel of record, Cole Schotz P.C. will enter all appearances for Defendant and file, sign, and/or receive all papers filed in connection with this as required under this Rule.

7. It is my understanding that in accordance with Local Civil Rule 101.1(c)(5), Robert M. Horwitz, Esq., while admitted pro hac vice, is subject to, and agrees to be subject to, the disciplinary jurisdiction of this Court.

I certify that the foregoing statements are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

By:   <i>/s/ Connor M. Mannion</i>

Dated: July 18, 2023

{03830498 v1}