**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRANSISCA ARIAS, CHERIE LYN COWELL, PATRICIA KOSTAK, CRISTINA LINDNER, JOHANA PENA, and RAVEN VENTURA, on behalf of themselves and all others similarly situated, | CIVIL ACTION |
| Plaintiffs, | No. 3:23-cv-01226-RK-JBD |
| v. | |
| AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC D/B/A ANNIEMAC HOME MORTGAGE, FAMILY FIRST FUNDING, LLC, GABRIEL GILLEN, an individual, NEUSA GILLEN, an individual and SCOTT WEIKEL, an individual, | **NOTICE OF MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
| Defendants. | |

TO:    Thomas A. Hagner, Esq.
       Hanger & Zohlman, LLC
       57 Kresson Road
       Cherry Hill, NJ 08034
       *Attorneys for Gabriel and Neusa Gillen*

       Noreen P. Kemether
       Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
       1617 John F Kennedy Blvd #1010
       Philadelphia, PA 19103
       *Attorneys for Gabriel and Neusa Gillen*

       Robert M. Horwitz, Esq.
       Maddin Hauser, P.C.
       28400 Northwestern Hwy.
       Southfield, MI 48034
       *Attorneys for AnnieMac*

       Mitchel Schley, Esq.
       Law Offices of Mitchel Schley

1

197 NJ-18 Suite 3000
East Brunswick, NJ 08816
*Attorneys for Plaintiffs*

Frank Giambalvo
GRSM
290 W Mount Pleasant Avenue, Suite 3310
Livingston, NJ 07039
*Attorneys for Family First Funding*

Michelle Weckerly, Esq.
Salmon, Ricchezza, Singer & Turchi LLP
123 Egg Harbor Road
Suite 406
Sewell, NJ 08080
*Co-counsel for Scott Weikel*

**PLEASE TAKE NOTICE** that on May 19, 2025 at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant Scott Weikel ("Weikel") shall move before the US District Court for the District of New Jersey to Enforce the Settlement Agreement.

**PLEASE TAKE FURTHER NOTICE** that counsel will rely on the Certification of Counsel, the Certification of Scott Weikel, and Brief annexed hereto;

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached;

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

BATHGATE, WEGENER & WOLF, P.C.
A Professional Corporation
Attorneys for Scott Weikel

By: _____
DANIEL J. CARBONE, ESQ.

Dated:        Ocean County, New Jersey
              May 5, 2025

2